UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
OCT 04 2016
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 16-40111 |
| Plaintiff, | INDICTMENT |
| vs. | FAILURE TO PAY LEGAL CHILD SUPPORT |
| THOMAS G. POTTER, | 18 U.S.C. § 228(a)(3) |
| Defendant. | |

The Grand Jury charges:

From on or about August 1, 2010, and continuing to the present, in the District of South Dakota, defendant, Thomas G. Potter, while residing in a different state with respect to his minor child, who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Second Judicial Circuit, Minnehaha County, South Dakota, and which obligation is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
UNITED STATES ATTORNEY

By: